## COIT v. GEER.

No appeal lies in an action *qui tam* for theft.

ACTION *qui tam*, for theft.    This case was tried in the Court of Common Pleas, by jury, on the plea, not guilty, and a verdict for the defendant.    The plaintiff moved, and was admitted an appeal to this court.

Mr. Huntington, for the defendant, took exception to the legality of the appeal.    He contended — That the defendant having been once arraigned and acquitted of the crime, is thereby discharged from any liability to answer again of the same offense.

By the whole COURT.    The appeal is not sustainable.— No one is to be twice drawn in jeopardy for the same crime, which might be the case if this appeal is sustained.    The complainant might have sued only for his damages, and had an appeal; but having elected to unite his demand for damages with a criminal prosecution, on which one acquittal is final, he has waived his right of appeal.